UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:15-cr-47-Orl-28DCI

LUIS DAVID HUERTA-CARRANZA

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

This case having been considered by the Court on the Report and Recommendation Concerning Plea of Guilty (Doc. No. 27, filed August 31, 2017) and no objections thereto having been filed, it is **ORDERED**

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 27) is **ACCEPTED, AFFIRMED** and **ADOPTED**.

2. Defendant has knowingly, intelligently and voluntarily entered a plea of guilty to Count 1 of the Indictment. Such plea is accepted, and Defendant is adjudicated guilty of Count 1 of the Indictment.

3. The Plea Agreement (Doc. No. 23, filed August 30, 2017) is accepted.

**DONE** and **ORDERED** in Orlando, Florida on September 15, 2017.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
U. S. Magistrate Judge
United States Attorney
United States Probation Office
Counsel for Defendant